```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 03869
    CHRISTOPHER K KELLEY
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-3141


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/05/2007 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 05/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00           .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      7000.00           .00            .00
ACC CONSUMER FINANCE L    SECURED VEHIC     15604.00           .00            .00
ACC CONSUMER FINANCE L    UNSECURED         NOT FILED         .00            .00
RUSSET OAKS TOWNHOME ASS  MORTGAGE ARRE      1000.00           .00            .00
CHASE MORTGAGE            NOTICE ONLY       NOT FILED         .00            .00
CHASE MANHATTAN MORTGAGE  NOTICE ONLY       NOT FILED         .00            .00
US BANK RMS CC            NOTICE ONLY       NOT FILED         .00            .00
CENTER FOR SURGERY        UNSECURED         NOT FILED         .00            .00
CREDITORS COLLECTION      NOTICE ONLY       NOT FILED         .00            .00
CHASE                     UNSECURED         NOT FILED         .00            .00
NATIONAL ACTION FINANCIA  NOTICE ONLY       NOT FILED         .00            .00
COMCAST                   UNSECURED         NOT FILED         .00            .00
COMCAST                   NOTICE ONLY       NOT FILED         .00            .00
DIRECT TV                 UNSECURED         NOT FILED         .00            .00
NCO FINANCIAL             NOTICE ONLY       NOT FILED         .00            .00
FIRST PREIMER BANK        UNSECURED         NOT FILED         .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED         NOT FILED         .00            .00
INGALLS MEMORIAL HOSPITA  NOTICE ONLY       NOT FILED         .00            .00
MIDWEST PHYSICIAN GROUP   UNSECURED         NOT FILED         .00            .00
MIDWEST PHYSICIAN GROUP   NOTICE ONLY       NOT FILED         .00            .00
RADIOLOGY IMAGING CONSUL  UNSECURED         NOT FILED         .00            .00
RADIOLOGY IMAGING CONSUL  NOTICE ONLY       NOT FILED         .00            .00
AT&T                      UNSECURED           214.52          .00            .00
SBC ILLINOIS              NOTICE ONLY       NOT FILED         .00            .00
AT&T                      NOTICE ONLY       NOT FILED         .00            .00
ST FRANCIS HOSPITAL       UNSECURED         NOT FILED         .00            .00
ST FRANCIS HOSPITAL       NOTICE ONLY       NOT FILED         .00            .00
ST JAMES RADIOLOGISTS     UNSECURED         NOT FILED         .00            .00
CREDITORS COLLECTION      NOTICE ONLY       NOT FILED         .00            .00
ST JAMES MUTUAL HOSPITAL  UNSECURED          5058.00          .00            .00
ST JAMES HOSPITAL         NOTICE ONLY       NOT FILED         .00            .00
JP MORGAN CHASE BANK      NOTICE ONLY       NOT FILED         .00            .00
RUSSET OAKS TOWNHOME ASS  CURRENT MORTG         .00            .00            .00
GLEASON & GLEASON LLC     DEBTOR ATTY           .00                           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03869 CHRISTOPHER K KELLEY
```

```
TOM VAUGHN                  TRUSTEE                                       .00
DEBTOR REFUND               REFUND                                        .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                        ---------------       ---------------
TOTALS                       .00                       .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 08/23/07                /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE