UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03869
CHRISTOPHER K KELLEY
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-3141


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 03/05/07 .

   2.   The case was dismissed without confirmation, 10/19/2007.

   3.   The Debtor paid a total of $   2796.60 .

   4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ACC CONSUMER FINANCE | SECURED VEHIC | .00 | .00 | 2397.01 |
| EXECUTIVE PROPERTIES | SECURED | NOT FILED | .00 | 67.14 |
| CENTER FOR SURGERY | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST PHYSICIAN GROUP | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGY IMAGING CONSUL | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 2464.15 | .00 | .00 | .00 | 2464.15 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2464.15 | .00 | .00 | .00 | 2464.15 |

The Debtor's attorney, GLEASON & MACMASTER              , was allowed $   2500.00
and was paid $      .00 .

The Trustee received $      91.95 .

Refunds to the Debtor totaled $      240.50 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/14/07                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE










                              PAGE  2
          CASE NO. 07 B 03869 CHRISTOPHER K KELLEY